# United States District Court
# Northern District of Indiana

| | |
|---|---|
| JEANETTE BILBY, <br> and JESSE FLOWERS, <br><br> Plaintiff, <br><br> v. <br><br> DOUG JENTES, D. ALBERTSON, and <br> DARRELL HIMELICK, <br><br> Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:11-CV-040 JVB<br>)<br>)<br>)<br>)<br>)<br>) |

**OPINION AND ORDER**

Jeanette Bilby filed this lawsuit *pro se*, that is to say, without a lawyer. In the complaint that she signed, she names both herself and her minor son as plaintiffs. The defendants are three members of the Grant County Sheriff's Department. Though the complaint is vague and confusing, it is clear that she has not asserted any claims on her own behalf. Rather, all of the claims arise out of the probable cause determination related to her son's arrest for criminal mischief committed on May 29, 2010.

Although a *pro se* litigant can represent her own interests, she may not represent others, not even her own child. *Navin v. Park Ridge Sch. Dist.*, 270 F.3d 1147, 1149 (7th Cir. 2001). Because she has not presented any claims on her own behalf, she must be dismissed. Because she cannot represent whatever claims her son may have, they too must be dismissed. Finally, because the complaint is vague and confusing, even if her son is able to obtain counsel to represent him, that attorney would need to file a new complaint.

Therefore this case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**SO ORDERED** on February 4, 2011.

    s/Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United State District Judge
Hammond Division